B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Budget Travel | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>52-2206989 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>469 Seventh Ave, 3rd Floor<br>New York, NY 10018 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>New York<br>ZIP CODE  10018 | ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

FILED 2012 DEC -5 P 4:48 U.S. BANKRUPTCY COURT S.D. OF N.Y.

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor: Budget Travel

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x **SEE FOLLOWING PAGE FOR SIGNATURE**
Signature of Petitioner or Representative (State title)
Ryan Murphy               12/03/2012
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Ryan Murphy
42-10 82nd St. #2K
Elmhurst, NY 11373

x _____
Signature of Attorney                Date
Name of Attorney Firm (If any)
Address
Telephone No.

x **SEE FOLLOWING PAGE FOR SIGNATURE**
Signature of Petitioner or Representative (State title)
Stuart Wald               11/30/2012
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Marketshows Inc., 9070
Kimberely Bvld, Ste. 27
Boca Raton, FL 33434

x _____
Signature of Attorney                Date
Name of Attorney Firm (If any)
Address
Telephone No.

x **SEE FOLLOWING PAGE FOR SIGNATURE**
Signature of Petitioner or Representative (State title)
Amanda Marsalis Photography Inc.    12/03/2012
Name of Petitioner                  Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Amanda Marsalis
1519 Allesandro St
Los Angeles, CA 90026

x _____
Signature of Attorney                Date
Name of Attorney Firm (If any)
Address
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Ryan Murpy, 42-10 82nd St. #2K, Elmhurst, NY 11373 | unpaid invoices | 3,470.00 |
| Stuart Wald, 9070 Kimberely Bvld, Ste. 27, Boca Raton FL | unpaid invoices | 7,013.15 |
| Amanda Marsalis, 1519 Allesandro St, LA CA 90026 | unpaid invoices | 4,500.00 |
| | | **Total Amount of Petitioners' Claims** |
| | | 14,983.15 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

3 continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor: Budget Travel

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ [signature]
Signature of Petitioner or Representative (State title)

Name of Petitioner: Ryan Murphy       Date Signed: 12.03.12

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Ryan Murphy, 42-10 82nd St. 2K, Elmhurst, NY 11373 | Overdue invoices | $3470.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) -- Page 2

Name of Debtor **Budget Travel**

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Stuart Wald_ V.P.
Signature of Petitioner or Representative (State title)
Name of Petitioner: **Stuart Wald**
Date Signed: **11/30/2012**

Name & Mailing Address of Individual Signing in Representative Capacity:
Marketshows, Inc., 9070 Kimberely Blvd, Ste 27, Boca Raton, FL, 33434

x _____
Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Name of Petitioner
Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Name of Petitioner
Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Stuart Wald, 9070 Kimberely Blvd, Ste 27, Boca Raton, FL | unpaid invoice | 7,013.15 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor: Budget Travel

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Amanda Marsalis_
Signature of Petitioner or Representative (State title)
Amanda Marsalis Photography Inc.   12/3/12
Name of Petitioner                       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
1519 Allesandro St
Los Angeles, CA 90026

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Amanda Marsalis 1519 Allesandro St. LA CA 90026 | Overdue Invoices | $4500 |
| | | |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached