# EXHIBIT D

# SQUIRE SANDERS (US) LLP

BEIJING · BEIRUT* · BERLIN · BIRMINGHAM* · BRATISLAVA · BRUSSELS* · BUDAPEST · CINCINNATI · CLEVELAND · COLUMBUS · FRANKFURT · HONG KONG · HOUSTON · KYIV
LEEDS* · LONDON * · LOS ANGELES · MADRID* · MANCHESTER* · MIAMI · MOSCOW · NEW YORK · NORTHERN VIRGINIA · PALO ALTO · PARIS* · PERTH** · PHOENIX · PRAGUE
· RIYADH* · RIO DE JANEIRO · SAN FRANCISCO · SANTO DOMINGO · SHANGHAI · SINGAPORE · TAMPA · TOKYO · WARSAW · WASHINGTON DC · WEST PALM BEACH
INDEPENDENT NETWORK FIRMS: BOGOTÁ · BUCHAREST · BUENOS AIRES · CARACAS · LA PAZ · LIMA · PANAMÁ · SANTIAGO

|  |  |
|---|---|
| Geltzer, Robert L. as Chapter 7 Trustee<br>Robert L. Geltzer, Esq.<br>1556 Third Avenue, Suite 505<br>New York, New York 10128 | Invoice Number:   8776475<br>Invoice Date:   03/29/13<br>Matter Number:   103032.00077 |

**Budget Travel, Inc.**

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 29,777.00 |
| Disbursements: | $ 275.77 |
| **Amount Due for this Invoice:** | **$ 30,052.77** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Sanders (US) LLP<br>P.O. Box 643051<br>Cincinnati, OH 45264<br>Phone: 216.687.3400<br>Fax: 216.687.3401 | Squire Sanders (US) LLP<br>US Bank<br>425 Walnut St. Cincinnati, OH 45264<br>Bank Routing #042000013<br>Bank Account #576762314<br><br>**For Wires outside the US:**<br>US Bank, USA<br>SWIFT Code: USBKUS44IMT<br>Bank Account #576762314 | Robert A. Wolf<br>30 Rockefeller Plaza<br>New York, NY  10112<br>United States<br>Phone: +1.212.872.9800<br>Fax: +1.212.872.9815<br>email:  robert.wolf@squiresanders.com |

**Please Include Reference Number 8776475.103032 with all Payments**
Tax Identification Number 34-0648199

*Squire Sanders (US) LLP is part of the international legal practice Squire Sanders which operates worldwide through a number of separate legal entities.  Please visit squiresanders.com for more information.*

*\*Squire Sanders (UK) LLP*
*\*\*Squire Sanders (AU)*

# SQUIRE SANDERS (US) LLP

BEIJING · BEIRUT* · BERLIN · BIRMINGHAM* · BRATISLAVA · BRUSSELS* · BUDAPEST · CINCINNATI · CLEVELAND · COLUMBUS · FRANKFURT · HONG KONG · HOUSTON · KYIV
LEEDS* · LONDON *· LOS ANGELES · MADRID* · MANCHESTER* · MIAMI · MOSCOW · NEW YORK · NORTHERN VIRGINIA· PALO ALTO · PARIS* · PERTH** · PHOENIX · PRAGUE
· RIYADH* · RIO DE JANEIRO · SAN FRANCISCO · SANTO DOMINGO · SHANGHAI · SINGAPORE · TAMPA · TOKYO · WARSAW · WASHINGTON DC · WEST PALM BEACH
INDEPENDENT NETWORK FIRMS: BOGOTÁ · BUCHAREST · BUENOS AIRES · CARACAS · LA PAZ · LIMA · PANAMÁ · SANTIAGO

| | |
|---|---|
| Geltzer, Robert L. as Chapter 7 Trustee<br>Robert L. Geltzer, Esq.<br>1556 Third Avenue, Suite 505<br>New York, New York 10128 | Invoice Number:   8776475<br>Invoice Date:       03/29/13<br>Matter Number:  103032.00077 |

## REMITTANCE COPY

**Budget Travel, Inc.**

### INVOICE SUMMARY

| | |
|---|---:|
| Fees: | $ 29,777.00 |
| Disbursements: | $ 275.77 |
| **Amount Due for this Invoice:** | **$ 30,052.77** |

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Sanders (US) LLP<br>P.O. Box 643051<br>Cincinnati, OH  45264<br>Phone: 216.687.3400<br>Fax: 216.687.3401 | Squire Sanders (US) LLP<br>US Bank<br>425 Walnut St. Cincinnati, OH 45264<br>Bank Routing #042000013<br>Bank Account #576762314<br><br>**For Wires outside the US:**<br>US Bank, USA<br>SWIFT Code: USBKUS44IMT<br>Bank Account #576762314 | Robert A. Wolf<br>30 Rockefeller Plaza<br>New York, NY  10112<br>United States<br>Phone: +1.212.872.9800<br>Fax: +1.212.872.9815<br>email:  robert.wolf@squiresanders.com |

**Please Include Reference Number 8776475.103032 with all Payments**
Tax Identification Number 34-0648199

*Squire Sanders (US) LLP is part of the international legal practice Squire Sanders which operates worldwide through a number of separate legal entities.  Please visit squiresanders.com for more information.*

*\*Squire Sanders (UK) LLP*
*\*\*Squire Sanders (AU)*

**SQUIRE SANDERS (US) LLP**

103032.00077

03/29/13            Geltzer, Robert L. as Chapter 7 Trustee / Budget Travel, Inc.

Page 1            Invoice Number: 8776475

**BUDGET TRAVEL, INC.**

**LEGAL SERVICES**

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|---|---|---|---|
| 02/11/13 | 0.80 | R. Wolf | Telephone conference with Trustee and Michael Luskin, Esq. counsel for Chapter 11 Trustee of Fletcher International, purported parent company of Debtor, regarding various background facts (.50); conference with Trustee regarding potential 363 sale (.30). |
| 02/13/13 | 1.00 | R. Wolf | Telephone conference with M. Luskin regarding issues concerning operation of Debtor's business (.10); telephone conference with Trustee and J. Teitelbaum regarding turnover of Debtor's funds (.10); telephone conference with Alimonti of Budget Travel (.30); telephone conference with B. Weston, Esq. regarding foregoing (.30); second telephone conference with Luskin regarding foregoing (.20). |
| 02/14/13 | 0.50 | R. Wolf | Telephone conference with Trustee regarding possibly shutting down business operations (.30); various e-mails regarding same (.20). |
| 02/15/13 | 0.30 | R. Wolf | E-mails regarding Debtor's operating website and telephone conference with Trustee regarding same. |
| 02/19/13 | 1.90 | A. Fisher | Lengthy calls with publisher regarding business and outstanding issues (.80). Review documents concerning website (1.1). |
| 02/19/13 | 0.60 | R. Wolf | Telephone conference with Trustee and A. Plotzker regarding business operations of Debtor and regarding e-mail from Alimonti. |
| 02/20/13 | 2.30 | A. Fisher | Draft retention papers. |
| 02/20/13 | 0.30 | R. Wolf | Telephone conference with Trustee regarding latest Alimonti e-mails. |
| 02/21/13 | 2.20 | A. Fisher | Multiple calls with publisher and accountants regarding business issues. |
| 02/22/13 | 1.10 | R. Wolf | Conference call with Judge Gropper, Trustee, E. Alimonti, et al. regarding case status and issues (.50); telephone conference with Trustee regarding strategy going forward (.30); telephone conference with Tom Slome, Esq., attorney for certain creditors (.20); e-mails with Trustee and A. Plotzker regarding same (.10). |
| 02/25/13 | 0.40 | R. Wolf | Telephone conference with Trustee and A. Plotzker regarding various issues pertaining to website and to employee's e-mails regarding unpaid wages. |

**SQUIRE SANDERS (US) LLP**

103032.00077

03/29/13 Geltzer, Robert L. as Chapter 7 Trustee / Budget Travel, Inc.

Page 2 Invoice Number: 8776475

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 02/26/13 | 2.90 | A. Fisher | Dealt with detailed issues concerning servers and interests re: same. |
| 02/26/13 | 0.30 | R. Wolf | Conference call with Trustee and A. Plotzker regarding Alimonti e-mails and regarding accounts receivable. |
| 02/27/13 | 1.70 | A. Fisher | Dealt with issues concerning servers and website. |
| 02/27/13 | 0.60 | R. Wolf | Conference with Trustee and AUST Riffkin regarding issues in case (.20); strategized regarding potential OSC for turnover of records and limited operating order (.40). |
| 03/01/13 | 2.90 | A. Fisher | Draft emergency application to operate. |
| 03/01/13 | 2.80 | R. Wolf | Review and revisions to draft of Affirmation in support of ex-parte motion for authorization to continue business (1.40); drafted inserts to retention application (1.00); telephone conference with Trustee and A. Plotzker regarding servers, other financial information and Judge Gropper's request for more detail on MYC application (.40). |
| 03/03/13 | 0.80 | A. Fisher | Finalize retention papers. |
| 03/03/13 | 0.20 | R. Wolf | Telephone conference with T. Slome, Esc. counsel for several creditors. |
| 03/05/13 | 3.10 | A. Fisher | Continuing draft of emergency motion to operate. |
| 03/05/13 | 2.90 | R. Wolf | Telephone conference with Trustee, Fletcher Trustee and his counsel regarding items needed from Alimonti and related issues (.40); telephone conference with Trustee and A. Plozker regarding continuing business application (.20); edited retention papers (.40); review and revision of MYC papers (.30); telephone conference with NY Times reporter (.20); revised Affirmation in support of Operating Order under Section 721 (1.40). |
| 03/06/13 | 2.20 | A. Fisher | Dealt with issues concerning finances and bills. |
| 03/07/13 | 2.40 | A. Fisher | Dealt with complex issues concerning Debtor's Web services. |
| 03/08/13 | 2.40 | R. Wolf | Telephone conference with Trustee regarding his comments on application to continue Debtor's business (.20); lengthy conference with Trustee and A. Plotzker regarding interim operation of business, revenue and billing issues and strategy (.90); revised Trustee Affirmation and Order to Show Cause regarding Trustee's Section 721 motion (1.30). |
| 03/11/13 | 1.20 | A. Fisher | Multiple calls with AWS concerning web accounts. |

**SQUIRE SANDERS (US) LLP**

103032.00077

03/29/13  Geltzer, Robert L. as Chapter 7 Trustee / Budget Travel, Inc.

Page 3  Invoice Number: 8776475

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 03/11/13 | 1.90 | A. Fisher | Draft order to operate for hearing. |
| 03/11/13 | 0.20 | R. Wolf | Telephone conference with Trustee and e-mail to Alimonti regarding person responsible for billing on behalf of Budget (.10); review of issues regarding Order to Show Cause (.10). |
| 03/12/13 | 3.60 | A. Fisher | Revision of various OSC papers to operate for service (2.80); arranged for service and filing (.80). |
| 03/13/13 | 2.80 | A. Fisher | Dealt with issues concerning web servers and billing accounts being changed over to Trustee. |
| 03/13/13 | 0.40 | R. Wolf | Telephone conference with M. Luskin, Esq. regarding intent of parent company to move to convert (.10); e-mail to Trustee regarding same (.10); telephone conference with Tracy Klestadt regarding getting access to books and records on computers (.20). |
| 03/14/13 | 0.40 | R. Wolf | E-mail regarding motions on for Tuesday and telephone conference with Trustee regarding same. |
| 03/18/13 | 0.20 | R. Wolf | Telephone conference with Trustee regarding hearing on motions tomorrow. |
| 03/19/13 | 1.70 | R. Wolf | Telephone conference with Trustee prior to Court today regarding Section 721 and conversion motions (.30); attendance in Court for argument on motions (.80); e-mails and telephone conference with J. Corneau, Esq. regarding proposed Order on motion (.20); review of draft of motion (.20); telephone conference with H. Ginsburg, Esq. regarding Post Entities cross-claim vs. Budget in landlord's lawsuit and review of document regarding same (.20). |
| 03/20/13 | 0.50 | R. Wolf | Made revisions to proposed Conversion/Section 721 Reserve Order. |

**TOTAL HOURS FOR THIS MATTER:** 49.50

**TOTAL SERVICES:** $ 29,777.00

## DISBURSEMENT SUMMARY

| | | |
|---|---|---|
| Delivery Services | Success Express: R. Wolf/ 03-28-13/ Messenger Delivery. | 13.50 |
| Delivery Services | Success Express: R. Wolf/ 03-29-13/ Messenger Delivery. | 12.00 |

**SQUIRE SANDERS (US) LLP**

103032.00077

03/29/13 Geltzer, Robert L. as Chapter 7 Trustee / Budget Travel, Inc.

Page 4 Invoice Number: 8776475

| | | |
|---|---|---|
| Local Transportation | R Wolf/ 03-19-13/ Local Transportation | 69.73 |
| Printing/duplicating-in-house | | 180.54 |

**TOTAL DISBURSEMENTS:** **$ 275.77**

## MATTER TOTAL

**TOTAL SERVICES:** **$ 29,777.00**
**TOTAL DISBURSEMENTS:** **$ 275.77**
**TOTAL AMOUNT DUE FOR THIS MATTER:** **$ 30,052.77**