B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of New York

IN RE:                                    Case No. **12-14815**

**Intellitravel Media, Inc.**                Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 7 | $ 1,041,438.58 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 7 | | $ 104,999.90 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 35 | | $ 2,837,492.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 57 | $ 1,041,438.58 | $ 2,942,492.51 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Intellitravel Media, Inc.**                                                                 Case No. **12-14815**
_____
Debtor(s)                                                                 (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Intellitravel Media, Inc.**                                                    Case No. **12-14815**

Debtor(s)                                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citibank Checking Account** | | 506,973.58 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Continental Casualty Co. (Commercial Umbrella)** **Policy #: 4017941116** | | 0.00 |
| | | **Transportation Insurance Company (Commercial Package Policy)** **Policy #: 2098093592** | | 0.00 |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                      Case No. **12-14815**

Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Aggregate Accounts Receivable** | | **533,465.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **afbtmag.com (domain name) registered with: NetworkSolutions expires on: 8/7/13** | | **unknown** |
| | | **afbtmediakit.com (domain name) registered with: NetworkSolutions expires on: 11/14/13** | | **unknown** |
| | | **afbtrewards.com (domain name) registered with: NetworkSolutions expires on: 5/25/13** | | **unknown** |
| | | **afbudgettravelrewards.com (domain name) registered with: NetworkSolutions expires on: 5/25/13** | | **unknown** |
| | | **Arthur Frommer's Budget Travel (trademark) - online magazine Fiilng Date: December 4, 2001 Serial No. 76/345,462 Registration No. 2,818,783** | | **unknown** |
| | | **Arthur Frommer's Budget Travel (trademark) - publications Fiilng Date: February 7, 2007 Serial No. 77/101,167 Registration No. 3,478,772** | | **unknown** |
| | | **Arthur Frommer's Budget Travel Magazine (trademark) - publications Fiilng Date: May 1, 1997 Serial No. 75/285,062** | | **unknown** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/09) - Cont.

**IN RE** Intellitravel Media, Inc.                                                      Case No. **12-14815**
_____                                        _____
Debtor(s)                                                                            (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Registration No. 2,322,120 | | |
| | | arthurfrommersbudgettravel.com (domain name)<br>registered with: NetworkSolutions<br>expires on: 1/11/13 | | unknown |
| | | arthurfrommersbudgettravelmag.com (domain name)<br>registered with: NetworkSolutions<br>expires on: 1/12/13 | | unknown |
| | | arthurfrommersbudgettravelmag.info (domain name)<br>registered with: NetworkSolutions<br>expires on: 11/29/13 | | unknown |
| | | arthurfrommersbudgettravelmagazine.com (domain name)<br>registered with: NetworkSolutions<br>expires on: 1/12/13 | | unknown |
| | | arthurfrommersbudgettravelmagazine.info (domain name)<br>registered with: NetworkSolutions<br>expires on: 10/12/13 | | unknown |
| | | arthurfrommerssecretbargains.biz (domain name)<br>registered with: NetworkSolutions<br>expires on: 10/11/13 | | unknown |
| | | arthurfrommerssecretbargains.com (domain name)<br>registered with: NetworkSolutions<br>expires on: 1/11/14 | | unknown |
| | | arthurfrommerssecretbargains.info (domain name)<br>registered with: NetworkSolutions<br>expires on: 10/11/15 | | unknown |
| | | astingraybitmynipple.com (domain name)<br>registered with: NetworkSolutions<br>expires on: 1/10/15 | | unknown |
| | | btrewards.com (domain name)<br>registered with: NetworkSolutions<br>expires on: 3/10/13 | | unknown |
| | | btrewardsclub.com (domain name)<br>registered with: NetworkSolutions<br>expires on: 3/10/13 | | unknown |
| | | btsub.com (domain name)<br>registered with: NetworkSolutions<br>expires on: 12/7/18 | | unknown |
| | | Budget Travel (trademark) - publications<br>Fiilng Date: April 4, 2003<br>Serial No. 76/503,333<br>Registration No. 2,890,859 | | unknown |
| | | Budget Travel Upgrade (trademark) - information provider<br>Fiilng Date: September 11, 2007<br>Serial No. 77/276,365<br>Registration No. 3,469,904 | | unknown |
| | | Budget Travel Upgrade (trademark) - link provider to websites on travel<br>Fiilng Date: September 17, 2006 | | unknown |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/09) - Cont.

IN RE **Intellitravel Media, Inc.**                                                                    Case No. **12-14815**
_____
Debtor(s)                                                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Serial No. 78/715,123<br>Registration No. 3,143,773 | | |
| | | **Budget Travel Upgrade (trademark) - magazine sections in field of travel**<br>Fiilng Date: September 11, 2007<br>Serial No. 77/276,362<br>Registration No. 3,469,903 | | unknown |
| | | **Budget Travel Upgrade (trademark) - online magazines**<br>Fiilng Date: September 17, 2006<br>Serial No. 78/715,122<br>Registration No. 3,152,392 | | unknown |
| | | **budget-travel.com (domain name)**<br>registered with: NetworkSolutions<br>expires on: 1/18/13 | | unknown |
| | | **budgettrav.com (domain name)**<br>registered with: NetworkSolutions<br>expires on: 9/27/13 | | unknown |
| | | **BudgetTravel Rewards Club (trademark) - travel club**<br>Fiilng Date: March 31, 2006<br>Serial No. 78/850,856<br>Registration No. 3,266,815 | | unknown |
| | | **budgettravel.bz (domain name)**<br>registered with: NetworkSolutions<br>expires on: 12/30/12 | | unknown |
| | | **budgettravel.cc (domain name)**<br>registered with: NetworkSolutions<br>expires on: 12/30/13 | | unknown |
| | | **budgettravel.com (domain name)**<br>registered with: NetworkSolutions<br>expires on: 2/10/16 | | unknown |
| | | **budgettravel.travel (domain name)**<br>registered with: EnCirca<br>expires on: 10/19/13 | | unknown |
| | | **budgettravel.tv (domain name)**<br>registered with: NetworkSolutions<br>expires on: 12/30/13 | | unknown |
| | | **budgettravelmag.com (domain name)**<br>registered with: NetworkSolutions<br>expires on: 10/22/13 | | unknown |
| | | **budgettravelmagazine.com (domain name)**<br>registered with: NetworkSolutions<br>expires on: 1/12/13 | | unknown |
| | | **budgettravelmagazine.travel (domain name)**<br>registered with: EnCirca<br>expired on: 12/21/12 | | unknown |
| | | **BudgetTravelOnline - stylized (trademark) - online magazines**<br>Fiilng Date: September 17, 2006<br>Serial No. 78/715,128 | | unknown |

IN RE **Intellitravel Media, Inc.**                                                            Case No. **12-14815**
                    Debtor(s)                                                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Registration No. 3,152,393 | | |
| | | **budgettravelonline.com (domain name)** <br> **registered with: NetworkSolutions** <br> **expires on: 6/25/13** | | **unknown** |
| | | **budgettravelonline.travel (domain name)** <br> **registered with: EnCirca** <br> **expired on: 12/21/12** | | **unknown** |
| | | **budgettravelrewards.com (domain name)** <br> **registered with: NetworkSolutions** <br> **expires on: 5/25/13** | | **unknown** |
| | | **budgettreavel.com (domain name)** <br> **registered with: NetworkSolutions** <br> **expires on: 12/3/13** | | **unknown** |
| | | **Click & Pack (trademark) - email newsletters in the field of travel** <br> **Fiilng Date: November 4, 2003** <br> **Serial No. 78/322,895** <br> **Registration No. 2,895,896** | | **unknown** |
| | | **coolestmalltowns.com (domain name)** <br> **registered with: NetworkSolutions** <br> **expires on: 12/5/13** | | **unknown** |
| | | **dailyescape.com (domain name)** <br> **registered with: GoDaddy** <br> **expiration date: 10/17/13** | | **unknown** |
| | | **frommersbt.com (domain name)** <br> **registered with: NetworkSolutions** <br> **expires on: 5/25/13** | | **unknown** |
| | | **frommersbudgettravelrewards.com (domain name)** <br> **registered with: NetworkSolutions** <br> **expires on: 5/25/13** | | **unknown** |
| | | **frommerssecretbargains.com (domain name)** <br> **registered with: NetworkSolutions** <br> **expires on: 1/11/13** | | **unknown** |
| | | **ggetaways.com (domain name)** <br> **registered with: NetworkSolutions** <br> **expires on: 6/24/13** | | **unknown** |
| | | **ggmag.com (domain name)** <br> **registered with: NetworkSolutions** <br> **expires on: 8/27/18** | | **unknown** |
| | | **girlfriendgetawaysmag.com (domain name)** <br> **registered with: NetworkSolutions** <br> **expires on: 7/27/13** | | **unknown** |
| | | **girlgetaways.com (domain name)** <br> **registered with: NetworkSolutions** <br> **expires on: 7/2/18** | | **unknown** |
| | | **How To Travel Now (trademark) - information provider** <br> **Fiilng Date: September 11, 2007** <br> **Serial No. 77/276,372** <br> **Registration No. 3,497,374** | | **unknown** |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                                          Case No. **12-14815**
_____                                      _____
Debtor(s)                                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **How To Travel Now (trademark) - Magazine section of travel** Fiilng Date: September 11, 2007 Serial No. 77/276,370 Registration No. 3,497,373 | | **unknown** |
| | | **intellitravelmedia.com (domain name)** registered with: NetworkSolutions expires on: 1/29/13 | | **unknown** |
| | | **intellitravelmedia.net (domain name)** registered with: NetworkSolutions expires on: 1/29/13 | | **unknown** |
| | | **intellitravelmedia.us (domain name)** registered with: NetworkSolutions expires on: 1/29/13 | | **unknown** |
| | | **newsweekbt.com (domain name)** registered with: NetworkSolutions expires on: 12/30/13 | | **unknown** |
| | | **savvynotsnobby.com (domain name)** registered with: NetworkSolutions expires on: 12/5/13 | | **unknown** |
| | | **savvynotsnobby.net (domain name)** registered with: NetworkSolutions expires on: 12/5/13 | | **unknown** |
| | | **secretbargains.biz (domain name)** registered with: NetworkSolutions expires on: 11/18/13 | | **unknown** |
| | | **secretbargains.travel (domain name)** registered with: EnCirca expired on: 12/21/12 | | **unknown** |
| | | **secretbargainsnewsletter.com (domain name)** registered with: NetworkSolutions expires on: 1/11/14 | | **unknown** |
| | | **Trip Coach (trademark) - printed publications** Fiilng Date: September 24, 2004 Serial No. 76/612,812 Registration No. 3,084,146 | | **unknown** |
| | | **Trip Coach (trademark) - travel information services** Fiilng Date: November 23, 2005 Serial No. 78/760,104 Registration No. 3,158,410 | | **unknown** |
| | | **Vacations for Real People (trademark) - non-downloadable online magazines** Fiilng Date: September 17, 2005 Serial No. 78/715,121 Registration No. 3,138,781 | | **unknown** |
| | | **Vacations for Real People (trademark) - printed publications** Fiilng Date: February 20, 1998 Serial No. 75/438,099 Registration No. 2,446,702 | | **unknown** |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                                    Case No. **12-14815**
_____                                      _____
Debtor(s)                                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer list of subscribers to Arthur Frommer's Budget Travel Magazine - approximately 675,000 subscribers.** | | **unknown** |
| | | **Customer list of subscribers to electronic newsletter** | | **unknown** |
| | | **Customer list of subscribers to Kindle version of Arthur Frommer's Budget Travel Magazine.** | | **unknown** |
| | | **Customer list of subscribers to Nook Version of Arthur Frommer's Budget Travel Magazine.** | | **unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office at 469 Seventh Avenue - 15 computers, 2 servers.** | | **500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Miscellaneous Office Equipment (24 phones, projector, mouse and keyboards, desk fans and a desk lamp.)** | | **500.00** |

|  | TOTAL | **1,041,438.58** |
|---|---|---|

(Include amounts from any continuation sheets attached.)
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Intellitravel Media, Inc.**                                             Case No. **12-14815**
_____                           _____
                    Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

12-14815-alg

IN RE **Intellitravel Media, Inc.**                                                         Case No. **12-14815**
_____
Debtor(s)                                                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

| | Subtotal (Total of this page) | $ | $ |
|---|---|---|---|
| | Total (Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Intellitravel Media, Inc.**                                    Case No. **12-14815**
                    Debtor(s)                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____ **6** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Intellitravel Media, Inc.**                                                      Case No. **12-14815**
_____
                        Debtor(s)                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Amy Lundeen**<br>**530 West 45th Street, Apt 8N**<br>**New York, NY  10036** | | | | | | | **2,812.50** | **2,812.50** | |
| ACCOUNT NO.<br>**Bruce Appel**<br>**15 Connel Drive**<br>**West Orange, NJ  07052** | | | | | | | **864.00** | **864.00** | |
| ACCOUNT NO.<br>**Catherine Allendorf**<br>**2440 Arizona Avenue, #1**<br>**Santa Monica, CA  90404** | | | | | | | **3,750.00** | **3,750.00** | |
| ACCOUNT NO.<br>**Compass Media, Inc.**<br>**175 Northshore Place**<br>**Gulf Shores, AL  36542** | | | | | | | **11,725.00** | **11,725.00** | |
| ACCOUNT NO.<br>**Danielle Contray**<br>**200 Schermerhorn Street, Apt. 520**<br>**Brooklyn, NY  11201** | | | | | | | **2,291.67** | **2,291.67** | |
| ACCOUNT NO.<br>**Elaine Alimonti**<br>**201 East 12th Street, PH1**<br>**New York, NY  10003** | | | | | | | **7,291.66** | **7,291.66** | |

Sheet no. __**1**__ of __**6**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **28,734.83** $ **28,734.83** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $          $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Intellitravel Media, Inc.**                                   Case No. **12-14815**
_____              _____
            Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Gillian Telling**<br>**320 Cumberland Street, #1**<br>**Brooklyn, NY  11238** | | | | | | | 570.00 | 570.00 | |
| ACCOUNT NO.<br>**John Ernst**<br>**173 Hardesty Road**<br>**Stamford, CT  06903** | | | | | | | 2,250.00 | 2,250.00 | |
| ACCOUNT NO.<br>**Kaeli Conforti**<br>**202-10 42nd Avenue, Apt. 3C**<br>**Bayside, NY  11361** | | | | | | | 1,583.33 | 1,583.33 | |
| ACCOUNT NO.<br>**Katherine Van Itallie**<br>**116 Pinehurst Avenue, Apt. C34**<br>**New York, NY  10033** | | | | | | | 1,200.00 | 1,200.00 | |
| ACCOUNT NO.<br>**Lola A. Cohen**<br>**1750 Kalakaua, Suite #3540**<br>**Honolulu, HI  96826** | | | | | | | 10,360.00 | 10,360.00 | |
| ACCOUNT NO.<br>**Maria Coyne**<br>**67 NE 94th Street**<br>**Miami Shores, FL  33138** | | | | | | | 11,725.00 | 11,725.00 | |

Sheet no. __**2**__ of __**6**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **27,688.33** | $ **27,688.33** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   |   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

**IN RE** Intellitravel Media, Inc.                                                              Case No. **12-14815**
_____                                    _____
Debtor(s)                                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Marie Wolpert**<br>**202 St. James Place**<br>**Brooklyn, NY  11238** | | | | | | | 4,166.67 | 4,166.67 | |
| ACCOUNT NO.<br>**Maureen Kelley Stuart**<br>**30 Remsen Street #2A**<br>**Brooklyn, NY  11201** | | | | | | | 1,800.00 | 1,800.00 | |
| ACCOUNT NO.<br>**Maureen Kelly Stewart**<br>**30 Remsen Street, #2A**<br>**Brooklyn, NY  11201** | | | | | | | 1,500.00 | 1,500.00 | |
| ACCOUNT NO.<br>**Media People**<br>**122 East 42nd Street**<br>**New York, NY  10016** | | | | | | | 1,138.50 | 1,138.50 | |
| ACCOUNT NO.<br>**Michelle Craig**<br>**1215 Palisade Avenue, Apt. E5**<br>**Union City, NJ  07087** | | | | | | | 1,080.00 | 1,080.00 | |
| ACCOUNT NO.<br>**Michelle Doyle**<br>**2440 Hunter Avenue, Apt 15B**<br>**Bronx, NY  10475** | | | | | | | 231.00 | 231.00 | |

Sheet no. **3** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **9,916.17** $ **9,916.17** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $                    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Intellitravel Media, Inc.**                                                Case No. **12-14815**
_____                           _____
Debtor(s)                                                                                (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Monique Lewis**<br>**350 East 124th Street, Apt 9B**<br>**New York, NY  10035** | | | | | | | **2,015.92** | **2,015.92** | |
| ACCOUNT NO.<br>**Neese & Lee**<br>**13800 Montfort Drive, Suite 145**<br>**Dallas, TX  75240** | | | | | | | **7,087.95** | **7,087.95** | |
| ACCOUNT NO.<br>**Renata Villa-Suzan**<br>**Texas 5, Int. 202**<br>**Colonia Napoles, Del. Benito Juarez**<br>**Mexico, DF.,    03810** | | | | | | | **11,725.00** | **11,725.00** | |
| ACCOUNT NO.<br>**Robert Firpo-Cappiello**<br>**10 South Dearman Street**<br>**Irvington On Hudson, NY  10533** | | | | | | | **3,281.25** | **3,281.25** | |
| ACCOUNT NO.<br>**Ruthie Rosenstock**<br>**17 Redcoat Drive**<br>**East Brunswick, NJ  08816** | | | | | | | **2,187.50** | **2,187.50** | |
| ACCOUNT NO.<br>**Thomas P. Tobin, Jr.**<br>**65 Melody Lane, Apt. 3**<br>**Harriman, NY  10926** | | | | | | | **4,791.67** | **4,791.67** | |

Sheet no. __4__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **31,089.29** $ **31,089.29** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $          $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Intellitravel Media, Inc.**                                                Case No. **12-14815**
_____
                    Debtor(s)                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Timothy Callahan** <br> **308 Taylor Road South** <br> **Short Hills, NJ  07078** | | | | | | | **3,333.33** | **3,333.33** | |
| ACCOUNT NO. <br> **Trisha Bansi** <br> **9958 66th Avenue, #6A** <br> **Rego Park, NY  11374** | | | | | | | **1,750.00** | **1,750.00** | |
| ACCOUNT NO. <br> **Whitney Tressel** <br> **259 Bleeker Street, Apt. 20** <br> **New York, NY  10014** | | | | | | | **1,718.75** | **1,718.75** | |
| ACCOUNT NO. <br> **Ya Heng Wu** <br> **883 55th Street** <br> **Brooklyn, NY  11238** | | | | | | | **769.20** | **769.20** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **5** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **7,571.28** $ **7,571.28** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Intellitravel Media, Inc.**
_____
Debtor(s)

Case No. **12-14815**
_____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | | | | X | X | X | $<br>0.00 | | |
| ACCOUNT NO.<br>**NYC Department Of Finance**<br>**Attn: Legal Affairs**<br>**345 Adams Street**<br>**Brooklyn, NY 12201** | | | | X | X | X | $<br>0.00 | | |
| ACCOUNT NO.<br>**NYS Department Taxation & Finance**<br>**Bankruptcy/Special Procedures Section**<br>**P.O. Box 5300**<br>**Albany, NY 12205-0300** | | | | X | X | X | $<br>0.00 | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **6** of **6** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $    $    $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **104,999.90**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **104,999.90** $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Intellitravel Media, Inc.**                                         Case No. **12-14815**
_____              _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**2229854 Ontario Inc.** <br>**1-153 Walmer Road** <br>**Toronto, Canada,    M5R 2X8** | | | | | | | **113.00** |
| ACCOUNT NO. <br><br>**A. Santini Moving & Storage Co.** <br>**One Steel Court** <br>**Roseland, NJ  07068** | | | | | | | **214.00** |
| ACCOUNT NO. <br><br>**A.T. Clayton & Co.** <br>**300 Atlantic Street** <br>**Stamford, CT  06901** | | | | | | | **353,347.39** |
| ACCOUNT NO. <br><br>**Access Intelligence** <br>**P.O. Box 8927** <br>**Gaithersburg, MD  20898** | | | | | | | **995.00** |

__34__ continuation sheets attached

Subtotal
(Total of this page)   $   **354,669.39**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Intellitravel Media, Inc.           Case No. **12-14815**

Debtor(s)                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Adam Berry** <br> **Danzigerstr. 35** <br> **Berlin, Germany,    10435** | | | | | | | **450.00** |
| ACCOUNT NO. <br> **Adam Leitman Bailey, P.C.** <br> **120 Broadway, 17th Floor** <br> **New York, NY  10271** | | | | | | | **10,000.00** |
| ACCOUNT NO. <br> **Adcom** <br> **PO Box 429** <br> **West Islip, NY  11795** | | | | | | | **156.25** |
| ACCOUNT NO. <br> **Adobe (Omniture, Inc.)** <br> **75 Remittance Drive, Suite 1025** <br> **Chicago, IL  60675** | | | | | | | **55,523.04** |
| ACCOUNT NO. <br> **ADP** <br> **P.O. Box 842854** <br> **Boston, MA  02284** | | | | | | | **7,730.14** |
| ACCOUNT NO. <br> **Aefa Mulholland** <br> **Box 271, Stn C,** <br> **Toronto,    M6J 3P4** | | | | | | | **800.00** |
| ACCOUNT NO. <br> **AFCO** <br> **PO BOX 371889** <br> **Pittsburgh, PA  15250** | | | | | | | **12,161.20** |

Sheet no. _____**1**___ of ____**34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **86,820.63**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**
_____
Debtor(s)

Case No. **12-14815**
_____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Age Fotostock America Inc.**<br>594 Broadway Ste 707<br>New York, NY 10012 | | | | | | | 519.00 |
| ACCOUNT NO.<br>**Alcala Media**<br>C/ Arzobisco Cos, 15<br>1 A 28027 Madrid<br>Madrid, | | | | | | | 741.96 |
| ACCOUNT NO.<br>**Alcala Media, S.L.**<br>Fionn O'Brien<br>C/Pedrezuela, 3 (Planta Baja)<br>Madrid, Spain, 28017 | | | | | | | 4,880.10 |
| ACCOUNT NO.<br>**Allendorf Cathy**<br>2440 Arizona Avenue #1<br>Santa Monica, CA 90404 | | | | | | | 151.64 |
| ACCOUNT NO.<br>**Amanda Marsalis Photgraphy Inc**<br>1519 Allesandro Street<br>Los Angeles, CA 90026 | | | | | | | 4,500.00 |
| ACCOUNT NO.<br>**Amanda Ruggeri**<br>Via San Giovanni in Laterano 85<br>B1 Interno<br>Rome, Italy, 00184 | | | | | | | 400.00 |
| ACCOUNT NO.<br>**American Express**<br>P.O. BOX 1270<br>Newark, NJ 07101 | | | | | | | 16,448.35 |

Sheet no. _____**2**___ of _____**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 27,641.05

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Intellitravel Media, Inc.

Debtor(s)

Case No. **12-14815**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Andrew Shurtleff Photography 775 Ridge Street Charlottesville, VA 22902 | | | | | | | 200.00 |
| ACCOUNT NO. | | | | | | | |
| Andrew Wiens 127 South Lane South Pasadena, CA 91030 | | | | | | | 7,200.00 |
| ACCOUNT NO. | | | | | | | |
| Anthony John Coletti Photography 2018 Bay Street St. Petersburg, FL 33705 | | | | | | | 125.00 |
| ACCOUNT NO. | | | | | | | |
| Antola Jessica 214 Union Street # 4 Brooklyn, NY 11231 | | | | | | | 50.00 |
| ACCOUNT NO. | | | | | | | |
| Arion Doerr Photography 241 Taaffe Place Apt 206 Brooklyn, NY 11205 | | | | | | | 1,000.00 |
| ACCOUNT NO. | | | | | | | |
| Ashok Sinha Photography LLC. 230 E 18th Street Suite 5F New York, NY 10003 | | | | | | | 700.00 |
| ACCOUNT NO. | | | | | | | |
| AT&T California PO BOX 5025 Carol Stream, IL 60197 | | | | | | | 341.25 |

Sheet no. **3** of **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,616.25**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                              Case No. **12-14815**
_____                                    _____
                        Debtor(s)                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **AT&T Mobility** <br> **PO Box 6463** <br> **Carol Stream, IL  60197** | | | | | | | 2,525.94 |
| ACCOUNT NO. <br> **Atex Inc.** <br> **6767 North Wickham Road, Ste 111** <br> **Melbourne, FL  32940** | | | | | | | 66,900.00 |
| ACCOUNT NO. <br> **Audit Bureau of Circulations** <br> **Dept. 20-8026** <br> **P.O. Box 5998** <br> **Carol Stream, IL  60197** | | | | | | | 9,967.89 |
| ACCOUNT NO. <br> **Baran Michelle** <br> **28 Powers Street, Apt. 3L** <br> **Brooklyn, NY  11211** | | | | | | | 1,000.00 |
| ACCOUNT NO. <br> **Barker Aaron** <br> **678 Sterling Place** <br> **Apt # 2** <br> **Brooklyn, NY  11216** | | | | | | | 1,250.00 |
| ACCOUNT NO. <br> **Bastidas Grace** <br> **4-74 48th Avenue, Apt. 17F** <br> **Long Island City, NY  11109** | | | | | | | 172.03 |
| ACCOUNT NO. <br> **Beckman Jamie** <br> **125 N. 10th Street, Apt. S5G** <br> **Brooklyn, NY  11211** | | | | | | | 1,500.00 |

Sheet no. ____**4**____ of ____**34**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **83,315.86**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                                      Case No. **12-14815**
_____
Debtor(s)                                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Bedrosian Wesley** <br> **100 Montclair Avenue** <br> **Montclair, NJ  07042** | | | | | | | 500.00 |
| ACCOUNT NO. <br> **Bernstein & Andriulli, Inc.** <br> **58 West 40th Street** <br> **New York, NY  10018** | | | | | | | 3,075.00 |
| ACCOUNT NO. <br> **Bonner Mark F.** <br> **1623 Third Avenue, Apt 26G** <br> **New York, NY  10128** | | | | | | | 350.00 |
| ACCOUNT NO. <br> **BRG Investments, LLC** <br> **c/o Richard J. Davis** <br> **415 Madison Avenue, 11th Floor** <br> **New York, NY  10017** | | | | X | | | 0.00 |
| ACCOUNT NO. <br> **Brown, Van Remmen, Kanuit, Inc.** <br> **840 Apollo Street, Ste. 300** <br> **El Segundo, CA  90245** | | | | | | | 11,250.00 |
| ACCOUNT NO. <br> **Carlee Tressel** <br> **477 Fair Street** <br> **Berea, OH  44017-2457** | | | | | | | 1,300.00 |
| ACCOUNT NO. <br> **CARR Business Systems** <br> **130 Spagnoli Road** <br> **Melville, NY  11747** | | | | | | | 5,420.43 |

Sheet no. _____**5**____ of _____**34**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **21,895.43**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Intellitravel Media, Inc.        Case No. **12-14815**

_____Debtor(s)_____        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Cassell Amy** <br> **943 La Salle Avenue** <br> **Orlando, FL  32803** | | | | | | | 1,275.00 |
| ACCOUNT NO. <br> **CDS Global** <br> **PO Box 360** <br> **Des Moines, IA  50302** | | | | | | | 347,669.66 |
| ACCOUNT NO. <br> **CDW Direct** <br> **P.O. Box 75723** <br> **Chicago, IL  60675** | | | | | | | 1,341.07 |
| ACCOUNT NO. <br> **Cenveo** <br> **P.O. Box 536900** <br> **Atlanta, GA  30353** | | | | | | | 5,318.25 |
| ACCOUNT NO. <br> **Choi Nina** <br> **311 E 10th Street, Apt 5A** <br> **New York, NY  10009** | | | | | | | 350.00 |
| ACCOUNT NO. <br> **Chris Leschinsky** <br> **1123 Garden Street** <br> **San Luis Obispo, CA  93401** | | | | | | | 825.00 |
| ACCOUNT NO. <br> **Christoper Niemann Inc.** <br> **416  W. 13th Street, #309** <br> **New York, NY  10014** | | | | | | | 800.00 |

Sheet no. _____**6**___ of _____**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **357,578.98**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/03) - Cont.

IN RE **Intellitravel Media, Inc.**                                    Case No. **12-14815**
_____                              _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cioppa Deanna**<br>**1641 York Avenue, Apt 4E**<br>**New York, NY 10028** | | | | | | | 350.00 |
| ACCOUNT NO.<br>**Clark Colleen**<br>**446A Prospect Avenue, #2**<br>**Brooklyn, NY 11215** | | | | | | | 750.00 |
| ACCOUNT NO.<br>**Cloud 9 Media LLC**<br>**1526 78th Street**<br>**Brooklyn, NY 11228** | | | | | | | 1,733.33 |
| ACCOUNT NO.<br>**Compass Media, Inc.**<br>**175 Northsore Place**<br>**Gulf Shores, AL 36542** | | | | | | | 59,743.33 |
| ACCOUNT NO.<br>**Compass Media, Inc.**<br>**175 Northshore Place**<br>**Gulf Shores, AL 36542** | | | | | | | 62,743.61 |
| ACCOUNT NO.<br>**Consumer Marketing Solution**<br>**499 Seventh Ave**<br>**Floor 18S**<br>**New York, NY 10018** | | | | | | | 21,757.00 |
| ACCOUNT NO.<br>**Copyright Office**<br>**Copyright Office-SE**<br>**101 Independence Avenue SE**<br>**Washington, DC, DC 20559** | | | | | | | 50.00 |

Sheet no. _____**7**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 147,127.27

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                            Case No. **12-14815**
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Corbis Corporation** <br> **13159 Collections Center Drive** <br> **Chicago, IL  60693** | | | | | | | 475.00 |
| ACCOUNT NO. <br> **Corporate Subscription Mgt Services, LLC** <br> **P.O. Box 648** <br> **Montvale, NJ  07645** | | | | | | | 672.34 |
| ACCOUNT NO. <br> **Creative Circle** <br> **5750 Wilshire Blvd.** <br> **Suite 610** <br> **Los Angeles, CA  90036** | | | | | | | 2,275.00 |
| ACCOUNT NO. <br> **CT Corporation** <br> **PO Box 4349** <br> **Carol Stream, IL  60197** | | | | | | | 365.00 |
| ACCOUNT NO. <br> **David Lyons Photography** <br> **Scroggs, Loughrigg, Ambleside** <br> **Cumbria, England, UK,    LA22 9HQ** | | | | | | | 900.00 |
| ACCOUNT NO. <br> **Delimont, Herbig & Associates, LLC** <br> **4911 Somerset Dr. SE** <br> **Bellevue, WA  98006** | | | | | | | 825.00 |
| ACCOUNT NO. <br> **DeRico Anthony** <br> **111 Hicks Street, Apt 8N** <br> **Brooklyn, NY  11201** | | | | | | | 3,275.06 |

Sheet no. _____**8**___ of _____**34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **8,787.40**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Intellitravel Media, Inc.

Case No. **12-14815**

Debtor(s)

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Donovan & Yee LLP** <br> **161 Avenue of the Americas** <br> **Suite 1201** <br> **New York, NY  10013** | | | | | | | 1,100.00 |
| ACCOUNT NO. <br> **Dutch Uncle Agency, Inc.** <br> **42 West 24th Street** <br> **New York, NY  10010** | | | | | | | 600.00 |
| ACCOUNT NO. <br> **Dynamic Network Services, Inc.** <br> **150 Dow Street, Tower Two** <br> **Manchester, NH  03101** | | | | | | | 1,206.67 |
| ACCOUNT NO. <br> **E-Dialog Inc** <br> **P.O. Box 414045** <br> **Boston, MA  02241** | | | | | | | 15,331.94 |
| ACCOUNT NO. <br> **Eboy Arts Inc.** <br> **Kai Vermehr & Steffen Sauerteig** <br> **5658 West Haven Road** <br> **West Vancouver, BC,    V7W 1T8** | | | | | | | 2,000.00 |
| ACCOUNT NO. <br> **Ecolab Pest Elimination** <br> **P.O. Box 6007** <br> **Grand Forks, ND  58206** | | | | | | | 620.58 |
| ACCOUNT NO. <br> **Edwin Fotheringham** <br> **5008 Baker Ave. NW** <br> **Seattle, WA  98107** | | | | | | | 2,050.00 |

Sheet no. _____**9**_ of _____**34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 22,909.19

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Intellitravel Media, Inc.

Debtor(s)

Case No. **12-14815**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**eFax Corporate**<br>**c/o j2 Global Inc.**<br>**PO Box 51873**<br>**Los Angeles, CA  90051** | | | | | | | 523.60 |
| ACCOUNT NO.<br>**Ellacott Karolyne**<br>**39 Noble Street**<br>**Toronto,    M6K 2C7** | | | | | | | 40.00 |
| ACCOUNT NO.<br>**Evilla Josue**<br>**81 Green Street**<br>**Apt. 36**<br>**Brookline, MA  02446** | | | | | | | 1,200.00 |
| ACCOUNT NO.<br>**Federal Direct, Inc.**<br>**95 Main Avenue**<br>**Clifton, NJ  07014** | | | | | | | 6,378.13 |
| ACCOUNT NO.<br>**Federal Express**<br>**P.O. Box 371461**<br>**Pittsburgh, PA** | | | | | | | 634.49 |
| ACCOUNT NO.<br>**Fernandez Felipe Rodriguez**<br>**Aurora, Z**<br>**41001 Sevilla**<br>**Spain,** | | | | | | | 600.00 |
| ACCOUNT NO.<br>**Fletcher International Limited**<br>**c/o Richard J. Davis**<br>**415 Madison Avenue, 11th Floor**<br>**New York, NY  10017** | | | | X | | | 0.00 |

Sheet no. _____**10**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,376.22**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                        Case No. **12-14815**
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Luskin, Stern & Eisler LLP**<br>**Eleven Times Square**<br>**New York, NY 10036** | | | Assignee or other notification for:<br>**Fletcher International Limited** | | | | |
| ACCOUNT NO.<br><br>**Flume Ramona**<br>**1003 Charlotte Street, Apt A**<br>**Austin, TX 78703** | | | | | | | **350.00** |
| ACCOUNT NO.<br><br>**Forrest Solutions, Inc.**<br>**19 West 44th Street, 9th Floor**<br>**New York, NY 10036** | | | | | | | **32,400.00** |
| ACCOUNT NO.<br><br>**Foster Tom**<br>**126 South Oxford Street, Apt 2**<br>**Brooklyn, NY 11217** | | | | | | | **2,000.00** |
| ACCOUNT NO.<br><br>**Frehsee Nicole**<br>**6039 N. Artesian Ave.**<br>**Chicago, IL 60659** | | | | | | | **850.00** |
| ACCOUNT NO.<br><br>**Frommer Arthur**<br>**44 West 62nd Street, Apt 27B**<br>**New York, NY 10023**<br>**New York, NY 10023** | | | | | | | **20,000.00** |
| ACCOUNT NO.<br><br>**G & S Realty 1 LLC**<br>**c/o Savitt Partners, LLC**<br>**530 Seventh Avenue, Room 401**<br>**New York, NY 10018** | X | | | X | X | X | **494,698.44** |

Sheet no. ____**11**____ of ____**34**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **550,298.44**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**

Debtor(s)

Case No. **12-14815**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Gage Eleni**<br>**1620 Pennsylvania Avenue**<br>**Miami Beach, FL 33139**<br>**Apt 101,    33139** | | | | | | | 2,497.49 |
| ACCOUNT NO.<br>**Gallery Stock**<br>**58 West 40th Street, 6th Floor**<br>**New York, NY. 10018**<br>**New York, NY  10018** | | | | | | | 400.00 |
| ACCOUNT NO.<br>**Garfunkel Wild PC**<br>**111 Great Neck Road, 6th Floor**<br>**Great Neck, NY  10021** | | | | | | | 5,331.00 |
| ACCOUNT NO.<br>**George H. H. Huey Photography, Inc.**<br>**388 West Butterfield, #115**<br>**Chino Valley, AZ  86323** | | | | | | | 200.00 |
| ACCOUNT NO.<br>**GfK Mediamark Research & Intelligence,LL**<br>**PO Box 347076**<br>**Pittsburgh, PA  15251** | | | | | | | 33,697.30 |
| ACCOUNT NO.<br>**Gigia Marchiori Photo Agency, LLC**<br>**20 Beekman Place**<br>**Apt 10D**<br>**New York, NY  10022** | | | | | | | 500.00 |
| ACCOUNT NO.<br>**Global Crossing Telecommunications**<br>**PO Box 741276**<br>**Cincinnati, OH  45276** | | | | | | | 18,774.25 |

Sheet no. ____**12**____ of ____**34**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **61,400.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Intellitravel Media, Inc.                                             Case No. **12-14815**

Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Glusac Elaine** <br> **1815 W. Melrose Street** <br> **Chicago, IL  60657** | | | | | | | **1,850.00** |
| ACCOUNT NO. <br><br> **Golden Fran** <br> **P.O. Box 580** <br> **Oberlin, OH  44074** | | | | | | | **2,250.00** |
| ACCOUNT NO. <br><br> **Google Inc.** <br> **PO Box 39000** <br> **San Francisco, CA  94139** | | | | | | | **10,587.92** |
| ACCOUNT NO. <br><br> **Great American Opportunities, Inc.** <br> **P.O. Box 305142** <br> **Nashville, TN  37230** | | | | | | | **15,000.00** |
| ACCOUNT NO. <br><br> **Green Marilyn** <br> **114 Parsons Drive** <br> **Hempstead, NY  11550** | | | | | | | **400.00** |
| ACCOUNT NO. <br><br> **Grushinsky Plumbing & Heating, Inc.** <br> **470 Raymond Street** <br> **Rockville Centre, NY  11570** | | | | | | | **255.33** |
| ACCOUNT NO. <br><br> **Guy William Frederick** <br> **2 Westby Street** <br> **Waltham, Christchurch** <br> **New Zealand,** | | | | | | | **625.00** |

Sheet no. _____**13**_____ of _____**34**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **30,968.25**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Intellitravel Media, Inc.                                                                                    Case No. 12-14815
          Debtor(s)                                                                                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Halpert Julie**<br>**1400 Granger Avenue**<br>**Ann Arbor, MI 48104** | | | | | | | 1,500.00 |
| ACCOUNT NO.<br>**Hamilton Kendall**<br>**4825 Province Line Road**<br>**Princeton, NJ 08540** | | | | | | | 500.00 |
| ACCOUNT NO.<br>**Harold Shain**<br>**36 Troon Court**<br>**Monroe, NJ 08831** | | | | | | | 60,000.00 |
| ACCOUNT NO.<br>**Hendy Alastair**<br>**Flat 2, 8-13 New Inn Street**<br>**London,** | | | | | | | 456.00 |
| ACCOUNT NO.<br>**Holland Joel**<br>**315 East 12th Street**<br>**Apt #9**<br>**New York, NY 10003** | | | | | | | 1,400.00 |
| ACCOUNT NO.<br>**Huh Jina**<br>**55 Clinton Place #506**<br>**Hackensack, NJ 07601** | | | | | | | 50.00 |
| ACCOUNT NO.<br>**IESI NY Corporation**<br>**PO Box 660654**<br>**Dallas, TX 75266** | | | | | | | 1,082.14 |

Sheet no. _____**14**___ of _____**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **64,988.14**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                    Case No. **12-14815**
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Image by Interface** <br> **1517 Lawson Avenue** <br> **West Vancouver,    V7V 2C8** | | | | | | | **263.00** |
| ACCOUNT NO. <br> **Imagetech Office Supplies** <br> **47-16 Austell Place** <br> **Long Island City, NY  11101** | | | | | | | **637.09** |
| ACCOUNT NO. <br> **Infogroup** <br> **P.O. BOX 957742** <br> **St. Louis, MO  63195** | | | | | | | **36,112.11** |
| ACCOUNT NO. <br> **Intersection Photos LLC** <br> **31259 May Street** <br> **Lacombe, LA  70445** | | | | | | | **675.00** |
| ACCOUNT NO. <br> **IPACESETTERS, LLC** <br> **2878 Momentum Place** <br> **Chicago, IL  60689** | | | | | | | **9,420.87** |
| ACCOUNT NO. <br> **Iron Mountain** <br> **PO Box 27128** <br> **New York, NY  10087** | | | | | | | **1,997.43** |
| ACCOUNT NO. <br> **J.D. Power and Associates** <br> **P.O. box 512778** <br> **Los Angeles, CA  90051** | | | | | | | **13,434.19** |

Sheet no. _____**15**__ of _____**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **62,539.69**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**
Debtor(s)

Case No. **12-14815**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Janie Osborne Photography, LLC**<br>**514 N. Church Avenue**<br>**Bozeman, MT  59715** | | | | | | | 300.00 |
| ACCOUNT NO.<br>**Janish Amy Mironov**<br>**600 Harbor Blvd. #1027**<br>**Weehawken, NJ  07086** | | | | | | | 6,359.82 |
| ACCOUNT NO.<br>**Jefferson Wells International**<br>**24091 Network Place**<br>**Chicago, IL  60673** | | | | | | | 15,300.00 |
| ACCOUNT NO.<br>**Jessica Sample, Inc.**<br>**2222 N. Beachwood Drive #414**<br>**Los Angeles, CA  90068** | | | | | | | 2,750.00 |
| ACCOUNT NO.<br>**Jivox Corporation**<br>**333 Twin Dolphin Drive**<br>**Suite 220**<br>**Redwood City, CA  94065** | | | | | | | 2,250.00 |
| ACCOUNT NO.<br>**Joseph Rossbach Photography**<br>**1223 Greycliff Lane**<br>**Odenton, MD  21113** | | | | | | | 250.00 |
| ACCOUNT NO.<br>**Justin Ocean**<br>**PO Box 7312**<br>**New York, NY  10116** | | | | | | | 1,250.00 |

Sheet no. ___**16**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 28,459.82

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/03) - Cont.

IN RE **Intellitravel Media, Inc.**                                                                                           Case No. **12-14815**
_____
                                    Debtor(s)                                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Kantar Media/Intelligence** <br> **P.O. Box 7247-9301** <br> **Philadelphia, PA 19170** | | | | | | | 18,408.13 |
| ACCOUNT NO. <br> **Kanya Mekaroonreung** <br> **E2-27-3 Bukit Utama One Condo** <br> **Bandar Utama, Selangor** <br> **Malaysia, 47800** | | | | | | | 550.00 |
| ACCOUNT NO. <br> **Kate Larkworthy Artist Rep., LTD** <br> **325 First Street** <br> **Jersey City, NJ 07302** | | | | | | | 1,600.00 |
| ACCOUNT NO. <br> **Kerman Protection** <br> **552 Seventh Avenue, 2nd Floor** <br> **New York, NY 10018** | | | | | | | 1,268.39 |
| ACCOUNT NO. <br> **Kevin Kerr Photography** <br> **608 Henry Street #4** <br> **Brooklyn, NY 11231** | | | | | | | 175.00 |
| ACCOUNT NO. <br> **Koch Peter** <br> **70 Steuben Street** <br> **Brooklyn, NY 11205** | | | | | | | 1,560.00 |
| ACCOUNT NO. <br> **Lake Group Media, Inc.** <br> **1 Byram Brook Place** <br> **Armonk, NY 10504** | | | | | | | 16,318.67 |

Sheet no. _____ **17** of _____ **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **39,880.19**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                                    Case No. **12-14815**
_____                                    _____
                    Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **LeapFILE, Inc.** <br> **1600 Seaport Blvd,** <br> **Suite 310 South Lobby** <br> **Redwood City, CA 94063** | | | | | | | 1,000.00 |
| ACCOUNT NO. <br> **Lee Jason** <br> **343 East 30th Street** <br> **Apt 1L** <br> **New York, NY 10016** | | | | | | | 500.00 |
| ACCOUNT NO. <br> **LexisNexis** <br> **PO Box 7247-7090** <br> **Philadelphia, PA 19170** | | | | | | | 822.00 |
| ACCOUNT NO. <br> **Lexmark International Inc.** <br> **PO BOX 402285** <br> **Atlanta, GA 30384** | | | | | | | 8,041.24 |
| ACCOUNT NO. <br> **Liu Kaming** <br> **3 Stacy Court** <br> **Randolph, NJ 07869** | | | | | | | 200.00 |
| ACCOUNT NO. <br> **Living Image** <br> **13679 Roosevelt Avenue** <br> **Flushing, NY 11354** | | | | | | | 600.00 |
| ACCOUNT NO. <br> **Lola A. Cohen** <br> **1750 Kalakaua, Suite #3540** <br> **Honolulu, HI 96826** | | | | | | | 10,360.00 |

Sheet no. _____**18**___ of ____**34**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **21,523.24**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/03) - Cont.

IN RE **Intellitravel Media, Inc.**                                                      Case No. **12-14815**
_____                              _____
Debtor(s)                                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lonely Planet Images**<br>**150 Linden Street**<br>**Oakland, CA  94607** | | | | | | | 250.00 |
| ACCOUNT NO.<br>**M2 Media Group**<br>**5 High Ridge Park, 2nd Floor**<br>**Stamford, CT  06905** | | | | | | | 20,917.00 |
| ACCOUNT NO.<br>**Magagna & Company**<br>**200 Barr Harbor Drive - Ste 400**<br>**West Conshohocken, PA  19428** | | | | | | | 8,825.81 |
| ACCOUNT NO.<br>**Magazine Publishers of America**<br>**810 Seventh Avenue**<br>**24th Floor**<br>**New York, NY  10019** | | | | | | | 4,462.00 |
| ACCOUNT NO.<br>**Magnum Photos**<br>**151 West 25th Street**<br>**New York, NY  10001** | | | | | | | 600.00 |
| ACCOUNT NO.<br>**Mandel Media**<br>**3340 Peachtree Road NE**<br>**Tower 100, Suite 1550**<br>**Atlanta, GA  30326** | | | | | | | 8,611.30 |
| ACCOUNT NO.<br>**Mangan Kathleen M.**<br>**19754 Meadowbrook Rd.**<br>**Hagerstown, MD  21742** | | | | | | | 400.00 |

Sheet no. _____**19**___ of ____**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **44,066.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Intellitravel Media, Inc.                                                  Case No. **12-14815**
_____                                        _____
Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Maria E Coyne, Inc.**<br>**PO Box 530236**<br>**Miami Shores, FL  33153** | | | | | | | **12,402.79** |
| ACCOUNT NO.<br>**Maria E. Coyne**<br>**67 NE 94th Street**<br>**Miami Shores, FL  33138** | | | | | | | **677.79** |
| ACCOUNT NO.<br>**Marketshows Inc**<br>**9070 Kimberly Blvd., Suite 27**<br>**Boca Raton, FL  33434** | | | | | | | **7,013.15** |
| ACCOUNT NO.<br>**Marlborough Express**<br>**P.O. Box 242, Blenheim 7240**<br>**62-67 Arthur St., Blenheim 7201**<br>**New Zealand,** | | | | | | | **200.00** |
| ACCOUNT NO.<br>**Mastriani Meagan**<br>**1098 Copper Creek Drive**<br>**Canton, GA  30114** | | | | | | | **90.00** |
| ACCOUNT NO.<br>**Maxx Mail**<br>**PO Box 1421**<br>**New York, NY  10018** | | | | | | | **466.04** |
| ACCOUNT NO.<br>**McCarter Jeremy**<br>**186 Warren St., #1**<br>**Brooklyn, NY  11201** | | | | | | | **2,000.00** |

Sheet no. _____**20**___ of _____**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **22,849.77**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                    Case No. **12-14815**
_____                                _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**McDevitt Mary Kate**<br>**5337 N Kerby Avenue**<br>**Portland, OR  97217** | | | | | | | 950.00 |
| ACCOUNT NO.<br>**McGinn Daniel**<br>**6 Armstrong Drive**<br>**Westborough, MA  01581** | | | | | | | 1,750.00 |
| ACCOUNT NO.<br>**McLaughlin Erin**<br>**621 N. 70th street**<br>**Wauwatosa, WI  53213** | | | | | | | 600.00 |
| ACCOUNT NO.<br>**Middleton & Company Insurance**<br>**186 Halsey Road**<br>**Newton, NJ  07860** | | | | | | | 8,461.00 |
| ACCOUNT NO.<br>**Miller Korzenik Sommers LLP**<br>**488 Madison Avenue**<br>**New York, NY  10022** | | | | | | | 3,600.00 |
| ACCOUNT NO.<br>**Minarcek Andrea**<br>**1231 Sugar Hill Lane**<br>**Xenia, OH  45385** | | | | | | | 1,850.00 |
| ACCOUNT NO.<br>**Myriad Technology Solutions, Inc.**<br>**22 W 19th Street**<br>**4th Floor**<br>**New York, NY  10011** | | | | | | | 585.21 |

Sheet no. _____ **21** of _____ **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **17,796.21**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/03) - Cont.

IN RE **Intellitravel Media, Inc.**                                        Case No. **12-14815**
                        Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**National Envelope**<br>P.O. Box 535420<br>Atlanta, GA  30353 | | | | | | | 11,760.80 |
| ACCOUNT NO.<br>**National Geographic Society**<br>P.O. Box 417120<br>Boston, MA  02241 | | | | | | | 1,575.00 |
| ACCOUNT NO.<br>**National Publishers Exchange**<br>P.O. Box # 62741<br>Baltimore, MD  21264 | | | | | | | 22,090.00 |
| ACCOUNT NO.<br>**Neese & Lee**<br>13800 Montfort Drive, Suite 145<br>Dallas, TX  75240 | | | | | | | 2,022.95 |
| ACCOUNT NO.<br>**NGS Image Sales**<br>P.O. Box 417120<br>Boston, MA 02241-7120<br>Boston, MA  02241 | | | | | | | 325.00 |
| ACCOUNT NO.<br>**O'Rear Charles**<br>P.O. Box 193<br>St. Helena, CA. 94574<br>St. Helena, CA  94574 | | | | | | | 400.00 |
| ACCOUNT NO.<br>**Ogilvie Andrew**<br>27 Lorraine Street<br>Glen Ridge, NJ 07028<br>Glen Ridge, NJ  07028 | | | | | | | 2,000.00 |

Sheet no. _____ **22** of _____ **34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **40,173.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/03) - Cont.

IN RE **Intellitravel Media, Inc.**                                      Case No. **12-14815**
_____                          _____
Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Operative Media, Inc.** **Box 20063** **Pittsburgh, PA 15251-2662** **Pittsburgh, PA  15251** | | | | | | | 1,000.00 |
| ACCOUNT NO. | | | | | | | |
| **Pacemaker Press, Inc.** **6797 Bowman's Crossing** **Frederick, MD 21703** **Frederick, MD  21703** | | | | | | | 13,272.00 |
| ACCOUNT NO. | | | | | | | |
| **Page Melinda** **176 Butterfield Hill Road** **Westmoreland, NH  03467** | | | | | | | 5,000.00 |
| ACCOUNT NO. | | | | | | | |
| **Peelle & Associates, Ltd.** **5 Brook Street - Unit 2C** **Darien, CT  06820** | | | | | | | 15,000.00 |
| ACCOUNT NO. | | | | | | | |
| **Peepshow Collective Limited** **Unit 110, Cremer Business Center** **37 Cremer Street** **London,    E2 8HD** | | | | | | | 450.00 |
| ACCOUNT NO. | | | | | | | |
| **Perfect Sense digital, LLC** **11955 Democracy Drive** **Suite 1610** **Reston, VA  20190** | | | | | | | 3,000.00 |
| ACCOUNT NO. | | | | | | | |
| **Piazza Michael** **47 Robbins Rd.** **No.2** **Arlington, MA  02476** | | | | | | | 450.00 |

Sheet no. _____**23**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **38,172.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  | $ |

B6F (Official Form 6F) (12/03) - Cont.

IN RE **Intellitravel Media, Inc.**                                      Case No. **12-14815**
_____                                      _____
                     Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Picade LLC**<br>**638 North Genesee Street**<br>**Waukegan, IL  60085** | | | | | | | 200.00 |
| ACCOUNT NO.<br>**PJM and Sons Inc**<br>**8 Linnea Place**<br>**Ringwood, NJ  07456** | | | | | | | 6,644.12 |
| ACCOUNT NO.<br>**Plain Picture Inc.**<br>**154 Grand Street**<br>**New York, NY  10013** | | | | | | | 550.00 |
| ACCOUNT NO.<br>**Priority One Clearing Services**<br>**1151 NE Cleveland St.**<br>**Clearwater, FL  33755** | | | | | | | 525.00 |
| ACCOUNT NO.<br>**Publisher Relations Division**<br>**17-19 Washington Street**<br>**Tenafly, NJ  07670** | | | | | | | 1,050.00 |
| ACCOUNT NO.<br>**Quad/Graphics, Inc.**<br>**P.O. Box 842858**<br>**Boston, MA  02284** | | | | | | | 301,294.53 |
| ACCOUNT NO.<br>**Quench USA Inc**<br>**P.O. Box 8500**<br>**Lockbox 53203**<br>**Philadelphia, PA  53203** | | | | | | | 336.00 |

Sheet no. ____**24**____ of ____**34**____ continuation sheets attached to                                      Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                         (Total of this page) $  **310,599.65**

                                                                                       Total
                                           (Use only on last page of the completed Schedule F. Report also on
                                            the Summary of Schedules, and if applicable, on the Statistical
                                           Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                          Case No. **12-14815**
_____                                    _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rabinky Art, LLC**<br>**10012 Stonemill Road**<br>**Richmond, VA  23233** | | | | | | | 1,750.00 |
| ACCOUNT NO.<br>**Ramani Sandra**<br>**295 Park Avenue South, #7Q**<br>**New York, NY  10010** | | | | | | | 2,050.00 |
| ACCOUNT NO.<br>**Redux Pictures**<br>**11 Hanover Square, 26th Floor**<br>**New York, NY  10005** | | | | | | | 3,000.00 |
| ACCOUNT NO.<br>**Renata Villa**<br>**Texas 5, Suite 202**<br>**Col. Napoles, Del Benito Juarez**<br>**Mexico, DF,    03810** | | | | | | | 4,786.33 |
| ACCOUNT NO.<br>**Rhey Erik**<br>**92 Gates Avenue, #1F**<br>**Brooklyn, NY  11238** | | | | | | | 500.00 |
| ACCOUNT NO.<br>**RightScale, Inc.**<br>**402 E. Guiterrez St.**<br>**Santa Barbara, CA  93101** | | | | | | | 1,545.28 |
| ACCOUNT NO.<br>**RMA Media**<br>**Twin Arcade, C-308, Military Road, Marol**<br>**Andheri East, Mumbai**<br>**India,    400 059** | | | | | | | 5,172.76 |

Sheet no. ___**25**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **18,804.37**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                                Case No. **12-14815**
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Robert Harding Picture Library LTD Berkshire House, Queen Street Maidenhead, Berkshire United Kingdom,     SL6 1NF** | | | | | | | 875.00 |
| ACCOUNT NO. **Ronny Mistry Associates PVT. LTD Twin Arcade,C-308, Military Road, Marol Andheri (E),     400 059** | | | | | | | 5,172.76 |
| ACCOUNT NO. **Roop Jay 38 Dearborn Street San Francisco, CA  94110** | | | | | | | 180.00 |
| ACCOUNT NO. **RSM McGladrey, Inc. 5155 Paysphere Circle Chicago, IL  60674** | | | | | | | 19,900.00 |
| ACCOUNT NO. **Ryan Murphy 42-10 82nd Street Apt. 2K Elmhurst, NY  11373** | | | | | | | 3,470.00 |
| ACCOUNT NO. **Sampson Hannah 225 N. Hibiscus Drive Miami Beach, FL  33139** | | | | | | | 1,000.00 |
| ACCOUNT NO. **Savage Lesley 649 E. 14th Street Apt 11A,    10009** | | | | | | | 700.00 |

Sheet no. _____**26** of _____**34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **31,297.76**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                    Case No. **12-14815**
_____                    _____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Schumacher Sarah** <br> **52 Sutton St. Floor 2** <br> **Brooklyn, NY  11222** | | | | | | | **500.00** |
| ACCOUNT NO. <br> **Sean O'Neill** <br> **5a Kenilford Road** <br> **London,    SW12 9PR** | | | | | | | **2,000.00** |
| ACCOUNT NO. <br> **Shain & Oringer, LLC** <br> **499 Seventh Ave** <br> **Floor 18 S** <br> **New York, NY  10018** | | | | | | | **53,402.00** |
| ACCOUNT NO. <br> **Shain Harold** <br> **36 Troon Ct.** <br> **Monroe, NJ  08831** | | | | | | | **3,500.00** |
| ACCOUNT NO. <br> **Shane Christopher** <br> **2117 Chatelain Way** <br> **Mt. Pleasant, SC  29464** | | | | | | | **1,500.00** |
| ACCOUNT NO. <br> **ShoreTel Inc.** <br> **4921 Soultion Center** <br> **Chicago, IL  60677** | | | | | | | **4,485.66** |
| ACCOUNT NO. <br> **Signature Cleaning Services** <br> **231 West 29th Street** <br> **Suite 402** <br> **New York, NY  10001** | | | | | | | **3,723.54** |

Sheet no. ____**27**__ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **69,111.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**

Debtor(s)

Case No. **12-14815**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sockwell Felix**<br>**22 Girard Place**<br>**Maplewood, NJ  07040** | | | | | | | 1,250.00 |
| ACCOUNT NO.<br>**Spagnoli Nick**<br>**3700 Templeton Place**<br>**Alexandria, VA  22304** | | | | | | | 425.00 |
| ACCOUNT NO.<br>**SRDS**<br>**PO Box 8500-9556**<br>**Philadelphia, PA  19178** | | | | | | | 1,133.39 |
| ACCOUNT NO.<br>**Stangel Jake**<br>**618 Vermont Street**<br>**San Francisco, CA  94107** | | | | | | | 200.00 |
| ACCOUNT NO.<br>**Staples National Advantage**<br>**Dept SNA**<br>**P.O. Box 415256**<br>**Boston, MA  02241** | | | | | | | 5,013.25 |
| ACCOUNT NO.<br>**Strickland Buff**<br>**202 E. 35th Street**<br>**Austin, TX  78705** | | | | | | | 606.60 |
| ACCOUNT NO.<br>**Stringfellow Jamie**<br>**3022 Ingleside Drive**<br>**Hermosa Beach, CA  90254** | | | | | | | 1,500.00 |

Sheet no. ____**28**____ of ____**34**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,128.24**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                                          Case No. **12-14815**
_____                                    _____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Suen Renee S.** **#2015, 44 St. Joseph Street** **Toronto,    M4Y 2W4** | | | | | | | 50.00 |
| ACCOUNT NO. | | | | | | | |
| **SuperStock** **6622 Southpoint Drive South** **Suite 240** **Jacksonville, FL  32216** | | | | | | | 4,405.00 |
| ACCOUNT NO. | | | | | | | |
| **Suzanne Wales** **Tapioles 27, 1, 4a** **Barcelona,    08004** | | | | | | | 450.00 |
| ACCOUNT NO. | | | | | | | |
| **Ten27 Communications** **600 Harbor Blvd., Suite 1027** **Weehawken, NJ  07086** | | | | | | | 9,672.08 |
| ACCOUNT NO. | | | | | | | |
| **Tennessee Department of Revenue** **Andrew Jackson State Office Bldg.** **500 Deaderick Street** **Nashville, TN  37242** | | | | | | | 1,000.00 |
| ACCOUNT NO. | | | | | | | |
| **Tetra Images LLC** **150 Bay St, PH 9** **Jersey City, NJ  07302** | | | | | | | 270.00 |
| ACCOUNT NO. | | | | | | | |
| **Textor Marisa Robertson** **264 Cumberland Street, Apt. 3** **Brooklyn, NY  11205** | | | | | | | 900.00 |

Sheet no. ____**29**__ of ____**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **16,747.08**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                     Case No. **12-14815**
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Thaumaturgix, Inc.** 19 West 44th Street, Suite 810 New York, NY  10036 | | | | | | | 36,387.50 |
| ACCOUNT NO. | | | | | | | |
| **The Hired Guns Mktg Consulting Group, LL** 33 West 17th Street, 7th Floor New York, NY  10011 | | | | | | | 74,105.00 |
| ACCOUNT NO. | | | | | | | |
| **The Icon** 5450 Wilshire Boulevard Los Angeles, CA  90036 | | | | | | | 228.38 |
| ACCOUNT NO. | | | | | | | |
| **The McNeil Group, Inc.** 385 Oxford Valley Road, Suite 420 Yardley, PA  19067 | | | | | | | 2,737.55 |
| ACCOUNT NO. | | | | | | | |
| **The Smith Company** 4455 Connecticut Avenue, N.W. Suite B600 Washington, DC, DC  20008 | | | | | | | 9,302.20 |
| ACCOUNT NO. | | | | | | | |
| **Thorpe-Crenshaw Chanize** 349 Angelo Drive Montgomery, NY  12549 | | | | | | | 800.00 |
| ACCOUNT NO. | | | | | | | |
| **Three Z Printing Company** PO Box 840007 Kansas City, MO  64184 | | | | | | | 71,242.83 |

Sheet no. _____**30**___ of _____**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **194,803.46**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                      Case No. **12-14815**
_____                                _____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Triumvant, LLC** <br> **23 East 128th St., #4R** <br> **New York, NY  10035** | | | | | | | 458.42 |
| ACCOUNT NO. <br> **Turner Michi Louise** <br> **33 Sutton Street #2** <br> **Brooklyn, NY  11222** | | | | | | | 5,290.82 |
| ACCOUNT NO. <br> **Tuttle Brad** <br> **195 Mountainview Drive** <br> **Holyoke, MA  01040** | | | | | | | 500.00 |
| ACCOUNT NO. <br> **Underhill William** <br> **29 Stratfield Road** <br> **Oxford,    OX2 7BG** | | | | | | | 2,291.00 |
| ACCOUNT NO. <br> **UPS** <br> **P.O. Box 7247-0244** <br> **Philadelphia, PA  19170** | | | | | | | 436.39 |
| ACCOUNT NO. <br> **Vadino Diane** <br> **883 Union Street, #2F** <br> **Brooklyn, NY  11215** | | | | | | | 850.00 |
| ACCOUNT NO. <br> **Villanophoto LLC** <br> **182 Central Ave # 8** <br> **Jersey City, NJ  07307** | | | | | | | 175.00 |

Sheet no. _____**31** of _____**34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 10,001.63

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/03) - Cont.

IN RE **Intellitravel Media, Inc.**                                                    Case No. **12-14815**
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Visit Florida 2540 W. Executive Circle Talahassee, FL 32301** | | | | | | | **500.00** |
| ACCOUNT NO. **Wallace Hannah M. 1124 SE 30th Avenue Portland, OR 97214** | | | | | | | **350.00** |
| ACCOUNT NO. **Ward Terry 4015 W. Santiago St. Tampa, FL 33629** | | | | | | | **800.00** |
| ACCOUNT NO. **Warnick Melody 308 Ardmore Street Blacksburg, VA 24060** | | | | | | | **400.00** |
| ACCOUNT NO. **Weiner Debra 1601 S. Michigan Ave., #600 Chicago, IL 60616** | | | | | | | **1,600.00** |
| ACCOUNT NO. **Welty Ethan 3802 Monterey Place Boulder, CO 80301** | | | | | | | **1,200.00** |
| ACCOUNT NO. **Whitton Kevin 2365 St. Louis Drive Honolulu, HI 96816** | | | | | | | **3,864.00** |

Sheet no. ___**32**___ of ___**34**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,714.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                              Case No. **12-14815**
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Wood Penelope** <br> **34 Plaza St. E. #305** <br> **Brooklyn, NY  11238** | | | | | | | 2,000.00 |
| ACCOUNT NO. <br> **WorldFoto** <br> **Paul Souders** <br> **Seattle, WA  98107** | | | | | | | 250.00 |
| ACCOUNT NO. <br> **Wright Douglas** <br> **140 2nd Street, Apt. #2C** <br> **Brooklyn, NY  11231** | | | | | | | 400.00 |
| ACCOUNT NO. <br> **Wyner Andrea** <br> **263 Chattanooga Street** <br> **San Francisco, CA  94114** | | | | | | | 815.28 |
| ACCOUNT NO. <br> **Xerox Financial Services** <br> **P.O. Box 202882** <br> **Dallas, TX  75320** | | | | | | | 6,804.12 |
| ACCOUNT NO. <br> **Yulia Brodskaya** <br> **Art Yulia Illustrations** <br> **29 Burleigh Road, St. Albans** <br> **Hertfordshire, UK,    AL1 5DH** | | | | | | | 2,200.00 |
| ACCOUNT NO. <br> **Zegers Cameron** <br> **1256 NW Troost St.** <br> **Roseburg, OR  97471** | | | | | | | 200.00 |

Sheet no. _____**33** of _____**34** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **12,669.40**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                                      Case No. **12-14815**
_____                        _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Zimmerman Phil**<br>**830 North Sweetzer Avenue**<br>**Los Angeles, CA  90069** | | | | | | | **350.00** |
| ACCOUNT NO.<br><br>**Zucker Donna**<br>**269 Woodlands Avenue**<br>**White Plains, NY  10607** | | | | | | | **1,412.50** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**34**____ of ____**34**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,762.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **2,837,492.61**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Intellitravel Media, Inc.**                                                                                    Case No. **12-14815**
_____                                    _____
Debtor(s)                                                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **RSM McGladrey, Inc.**<br>**McGladrey LLP**<br>**5155 Paysphere Circle**<br>**Chicago, IL  60674** | **Accountant** |
| **Kantar Media/Intelligence**<br>**P.O. Box 7247-9301**<br>**Philadelphia, PA  19170** | **Ad Page Tracking** |
| **DataFest Technologies, Inc.**<br>**5961 South Redwood Road**<br>**Salt Lake City, UT  84123** | **Ad System** |
| **Magazine Publishers of America**<br>**810 Seventh Avenue, 24th Floor**<br>**New York, NY  10019** | **Association Member Dues** |
| **GfK Mediamark Research & Intelligence**<br>**P.O. Box 347076**<br>**Pittsburgh, PA  15251-4076** | **Audience Research** |
| **Atex Inc.**<br>**6767 North Wickham Road, Ste 111**<br>**Melbourne, FL  32940** | **Billing System** |
| **Consumer Marketing Solution**<br>**499 Seventh Ave**<br>**Floor 18S**<br>**New York, NY  10018** | **Circulation - Public Place** |
| **National Publishers Exchange**<br>**P.O. Box 62741**<br>**Baltimore, MD  21264** | **Circulation Fulfillment** |
| **Shain & Oringer, LLC**<br>**499 Seventh Ave**<br>**499 Seventh Avenue, Floor 18 S**<br>**New York, NY  10018** | **Circulation Management** |
| **Cenveo**<br>**P.O. Box 536900**<br>**Atlanta, GA  30353** | **Circulation Printer** |
| **National Envelope**<br>**P.O. Box 535420**<br>**Atlanta, GA  30353** | **Circulation Printer** |
| **Harold Shain**<br>**36 Troon Court**<br>**Monroe, NJ  08831** | **Consultant** |
| **Operative Media, Inc.**<br>**P.O. Box 20063**<br>**Pittsburgh, PA  15251** | **Digital** |
| **Perfect Sense Digital, LLC**<br>**Attn: Cecily Mullen**<br>**11955 Democracy Drive, Suite 1610**<br>**Reston, VA  20190** | **Digital** |
| **RightScale, Inc.**<br>**402 E. Guiterrez St.**<br>**Santa Barbara, CA  93101** | **Digital** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                              Case No. **12-14815**

Debtor(s)                                                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Thaumaturgix, Inc.**<br>**19 West 44th Street, Suite 810**<br>**New York, NY  10036** | **Digital** |
| **Cloud 9 Media LLC**<br>**Attn: Tony Chan**<br>**1526 78th Street**<br>**Brooklyn, NY  11228** | **Digital AD Serving** |
| **Google Inc.**<br>**Department 33654**<br>**P.O. Box 39000**<br>**San Francisco, CA  94139** | **Digital AD Serving** |
| **Barnes & Noble - Nook** | **Digital App** |
| **Amazon Kindle** | **Digital Application** |
| **Android** | **Digital Application** |
| **Apple iPad** | **Digital Application** |
| **The Hired Guns Mktg Consulting Group**<br>**33 West 17th Street, 7th Floor**<br>**New York, NY  10011** | **Digital Consulting** |
| **Creative Circle**<br>**5750 Wilshire Blvd.**<br>**Suite 610**<br>**Los Angeles, CA  90036** | **Digital Freelancers** |
| **Mag+** | **Digital Magazine** |
| **Infogroup**<br>**P.O. BOX 957742**<br>**St. Louis, MO  63195** | **Digital Newsletters** |
| **Jivox Corporation**<br>**333 Twin Dolphin Drive, Suite 220**<br>**Redwood City, CA  94065** | **Digital Rich Media** |
| **E-Dialog Inc**<br>**P.O. Box 414045**<br>**Boston, MA  02241** | **E-Mail Marketing Provider** |
| **LeapFILE, Inc.**<br>**1600 Seaport Boulevard**<br>**Suite 310, South Lobby**<br>**Redwood City, CA  94063** | **File Transfer** |
| **Compass Media, Inc.**<br>**175 Northshore Place**<br>**Gulf Shores, AL  36542** | **Independent Marketing Rep** |
| **Lola Ann Cohen**<br>**1750 Kalakaua, Suite 3540**<br>**Honolulu, HI  96826** | **Independent Representative** |
| **Mandel Media**<br>**3340 Peachtree Road NE**<br>**Tower 100, Suite 1550**<br>**Atlanta, GA  30326** | **Independent Representative** |
| **Maria E. Coyne**<br>**67 NE 94th Street**<br>**Miami Shores, FL  33138** | **Independent Representative** |
| **Media People Inc**<br>**122 East 42nd Street**<br>**New York, NY  10016** | **Independent Representative** |
| **Neese & Lee**<br>**Attn: Jo Neese** | **Independent Representative** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                                         Case No. **12-14815**
_____                                    _____
                            Debtor(s)                                                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **13800 Montfort Drive, Suite 145**<br>**Dallas, TX  75240** | |
| **Renata Villa**<br>**Calle Texas 5, Suite 202**<br>**Col. Napoles, De. Benito Juarez**<br>**Mexico, DF.,    08310** | **Independent Representative** |
| **RMA Media**<br>**Faredoon Kuka, Twiin Arcade, C-308**<br>**Military Road, Marol, Andheri East**<br>**Mumbai, India,    400 059** | **Independent Representative** |
| **The McNeil Group**<br>**Edward J. McNeil**<br>**385 Oxford Valley Road, Suite 420**<br>**Yardley, PA  19067** | **Independent Representative** |
| **Alcala Media**<br>**Fionn O'Brien**<br>**C/Pedrezuela, 3 (Planta Baja)**<br>**Madrid, Spain,    28017** | **Independent Represenive** |
| **Three Z Printing Company**<br>**P.O. Box 840007**<br>**Kansas City, MO  64184** | **Insert Card Printer** |
| **AFCO**<br>**PO BOX 371889**<br>**Pittsburgh, PA  15250** | **Insurance** |
| **Middleton & Company Insurance**<br>**186 Halsey Road**<br>**Newton, NJ  07860** | **Insurance** |
| **Forrest Solutions, Inc.**<br>**Attn: Accounting Department**<br>**19 West 44th Street, 9th Floor**<br>**New York, NY  10036** | **IT Support** |
| **Myriad Technology Solutions, Inc.**<br>**22 West 19th Street, 4th Floor**<br>**New York, NY  10011** | **IT Support** |
| **Eony, LLC**<br>**469 Seventh Avenue, 4th Floor**<br>**New York, NY  10018** | **Lease (Office: 469 Seventh Avenue, NY)** |
| **Consumer Marketing Solution**<br>**499 Seventh Ave**<br>**Floor 18S**<br>**New York, NY  10018** | **Lease (Office: 499 Seventh Avenue, NY)** |
| **G & S Realty 1 LLC**<br>**c/o Savitt Partners, LLC**<br>**530 Seventh Avenue, Room 401**<br>**New York, NY  10018** | **Lease (Office: 530 Seventh Avenue, NY)** |
| **Lake Group Media, Inc.**<br>**1 Byram Brook Place**<br>**Armonk, NY  10504** | **List Broker** |
| **Quad/Graphics, Inc.**<br>**P.O. Box 842858**<br>**Boston, MA  02284** | **Magazine Printer** |
| **Signature Cleaning Services**<br>**231 West 29th Street, Suite 402**<br>**New York, NY  10001** | **Office Cleaning** |
| **Lexmark International Inc.** | **Office Machines** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE **Intellitravel Media, Inc.**                                                    Case No. **12-14815**
_____                          _____
                    Debtor(s)                                                         (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PO BOX 402285<br>Atlanta, GA  30384 | |
| Adobe (Omniture, Inc.)<br>75 Remittance Drive, Suite 1025<br>Chicago, IL  60675 | Omniture Numbers |
| A.T. Clayton & Co.<br>300 Atlantic Street<br>Stamford, CT  06901 | Paper |
| SOI, Inc. | Payroll & Benefits |
| Global Crossing Telecommunications<br>PO Box 741276<br>Cincinnati, OH  45274 | Phone |
| ShoreTel Inc.<br>4921 Solution Center<br>Chicago, IL  60677 | Phone |
| Magagna & Company<br>Attn: Accounts Payable<br>200 Barr Harbor Drive, Suite 400<br>West Conshohocken, PA  19428 | Printing & Direct Mail |
| Ten27 Communications<br>600 Harbor Boulevard, Suite 1027<br>Weehawken, NJ  07086 | Public Relations |
| IPACESETTERS, LLC<br>2878 Momentum Place<br>Chicago, IL  60689 | Reader Service Card |
| J.D. Power and Associates<br>P.O. Box 512778<br>Los Angeles, CA  90051 | Research |
| Arthur Frommer<br>44 West 62nd Street, Apt 27B<br>New York, NY  10023 | Rights Fee |
| Brown, Van Remmen, Kanuit, Inc.<br>840 Apollo Street, Ste. 300<br>El Segundo, CA  90245 | Search Firm |
| CDS Global<br>PO Box 360<br>Des Moines, IA  50302 | Sub Fulfillment |
| Dynamic Network Services, Inc.<br>150 Dow Street, Tower Two<br>Manchester, NH  03101 | Web-Hosting Services |
| CARR Business Systems<br>130 Spagnoli Road<br>Melville, NY  11747 | Xerox |
| Xerox Financial Services<br>P.O. Box 202882<br>Dallas, TX  75320 | Xerox |

B6H (Official Form 6H) (12/07)

**IN RE** Intellitravel Media, Inc.                                                          Case No. **12-14815**
                                    Debtor(s)                                                              (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Newsweek, Inc.** | **G & S Realty 1 LLC**<br>**c/o Savitt Partners, LLC**<br>**530 Seventh Avenue, Room 401**<br>**New York, NY  10018** |
| **The Washington Post Company** | **G & S Realty 1 LLC**<br>**c/o Savitt Partners, LLC**<br>**530 Seventh Avenue, Room 401**<br>**New York, NY  10018** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration)  (12/07)

**IN RE** Intellitravel Media, Inc. _____   Case No. **12-14815**
Debtor(s)                                          (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____
                                                                    Debtor

Date: _____   Signature: _____
                                                            (Joint Debtor, if any)
                                        [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Intellitravel Media, Inc.** _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**58** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May  1, 2013** _____   Signature: */s/ Elaine Alimonti* _____

                                **Elaine Alimonti** _____
                                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only