UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| INTELLITRAVEL MEDIA, INC. | : | Case No. 12-14815(ALG) |
| d/b/a Budget Travel, | : | |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS
TO FILE PLAN AND TO SOLICIT ACCEPTANCE THEREOF**

Upon the application (the "Application") of the Debtor[1] for an order extending the Debtor's Exclusive Periods; and it appearing that the relief requested by the Application is necessary and in the best interests of the Debtor, its estate, and its creditors; and due notice having been given; and after due deliberation; and sufficient cause appearing therefor, it is hereby

ORDERED, that the Application is granted as set forth herein; and it is further

ORDERED, that the time within which the Debtor may exclusively file a plan and disclosure statement is extended through and including November 14, 2013; and the time within which the Debtor may solicit acceptances of such plan is extended through and including January 13, 2014; and it is further

[remainder of page intentionally blank]

---

[1] Capitalized terms used herein that are not defined herein shall have the meanings ascribed to such terms in the Application.

1

ORDERED, that entry of this Order is without prejudice to the rights of the Debtor to seek further orders of this Court extending the Exclusive Periods.

Dated: New York, New York
       July 9, 2013

                                        **s/Allan L. Gropper**
                                        UNITED STATES BANKRUPCY JUDGE